**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 01-7165**

———————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALONZO DAVID DABNEY,

Defendant - Appellant.

———————————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Norman K. Moon, District Judge.
(CR-98-23, CA-00-752-7)

———————————————

Submitted:  November 29, 2001          Decided:  December 6, 2001

———————————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————————

Dismissed by unpublished per curiam opinion.

———————————————

Alonzo David Dabney, Appellant Pro Se.  Bruce A. Pagel, OFFICE OF
THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for
Appellee.

———————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alonzo David Dabney appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Dabney, Nos. CR-98-23; CA-00-752-7 (W.D. Va. May 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED